UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD LEE LATTA,

       Petitioner,

v.                                         Case No. 10-CV-13546
                                          Honorable Denise Page Hood
BONITA HOFFNER,

       Respondent.

_____/

**JUDGMENT**

       **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date January 31, 2013, the Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**. A Certificate of Appealability is **DENIED**.

       Dated at Detroit, Michigan this 31st day of January, 2013

                                             DAVID J. WEAVER
                                             CLERK OF THE COURT

                                             BY: s/LaShawn R. Saulsberry
                                                    DEPUTY CLERK

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 31, 2013, by electronic and/or ordinary mail.

                                             s/LaShawn R. Saulsberry
                                             Case Manager